Joel Marks, Appellant, v. Collins Building and Construction Company, Respondent. No. 1.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Bischoff* v. *Bischoff* (88 App. Div. 126). Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

John P. Martinez, Respondent, v. Firemen's Insurance Company of Newark, New Jersey, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Joseph B. Mayer, as Receiver of the Bank of Staten Island, Respondent, v. National Bank of Commerce in New York, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Jenks, Rich and Miller, JJ., concurred.

Mary McAllister, Respondent, v. Knights of Columbus, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

Sarah McConnell, as Administratrix, etc., of Matthew McConnell, Deceased, Appellant, v. Morse Iron Works and Dry Dock Company, Respondent. The discussion on the reargument has not convinced us that this case is controlled by *Schapp* v. *Bloomer* (181 N. Y. 125). We, therefore, adhere to our former decision, reported in 102 Appellate Division, 324.— Judgment and order reversed and new trial granted, costs to abide the event. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Silas J. McGinnis, Appellant, v. Thomas Gross, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Jennie E. Morch, Appellant, v. J. Sheridan Wells, Individually and as Sheriff of Suffolk County, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

Henry Morris, as Administrator, etc., of John R. Morris, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ.

Jessie O'Connor, Appellant, Respondent, v. Frederick John Wortman and Others, Appellants, Respondents, Impleaded with Barbara Stimmel, Individually and as Executrix, etc. of Anna Bauman, Deceased, Respondent, Appellant, and Jacob Seibert, Jr., as Executor, etc., of Francis Bauman, Deceased, Respondent. — Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Bartlett, Jenks, Rich and Miller, JJ., concurred.

Andrew Olsen, Appellant, v. Mary Dawson Henderson, Respondent.— Judgment and order of the County Court of Kings County affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred; Miller, J., voted to reduce the amount of the recovery to the sum of $100.

George W. Onderdonk, Appellant, v. Peale, Peacock & Kerr, Incorporated, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

George O'Neil, Respondent, v. The City of Yonkers, Appellant.— Order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Mary A. O'Reilly, as Administratrix, etc., of Peter F. O'Reilly, Deceased, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ.

Andrew Popadinec, Respondent, v. The Manhattan Railway Company, Appellant.— Appeal dismissed, without costs. See decision in same case (109 App. Div. 850). Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ., concurred.

Michele Praitano, as Administrator, etc., of Frank Praitano, Deceased, Appellant, v. The Wilson & Baillie Manufacturing Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Jenks and Miller, JJ., concurred; Hooker, J., dissented.

Charles M. Preston, as Receiver of the New York Building-Loan Banking Company, Respondent, v. Walter S. Rockey and Maud Eugenie Rockey, His Wife, Appellants.— Judgment affirmed, with costs, on the authority of *Preston* v. *Reinhart* (109 App. Div. 781). Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.